UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pierre Larsen,

        Plaintiff,

v.                                                                                           Civil No. 10-4728 (JNE/SER)
                                                                                    ORDER

Gregg Alan Larsen et al.,

        Defendants.

"Every pleading must have a caption with . . . a title . . . . The title of the complaint must name all the parties . . . ." Fed. R. Civ. P. 10(a). Nevertheless, a plaintiff may proceed anonymously under certain circumstances. *See, e.g.*, *Doe v. Megless*, 654 F.3d 404, 408-11 (3d Cir. 2011); *Plaintiff B v. Francis*, 631 F.3d 1310, 1315-19 (11th Cir. 2011). When he brought this action, Plaintiff neither sought nor received leave to proceed anonymously. He disclosed his true name in open court during his testimony at a hearing on November 17, 2011. On December 9, 2011, the Court ordered Plaintiff to show cause why the caption of this action should not be amended to reflect his true name. One week later, he filed a Motion to Amend Complaint to Substitute Plaintiff's True Identity. Pursuant to the December 9 Order, the Court orders the Clerk of Court to amend this action's caption to indicate that Plaintiff is Pierre Larsen.

Therefore, IT IS ORDERED THAT:

    1.    The Clerk of Court shall amend this action's caption to indicate that Plaintiff is Pierre Larsen.

Dated: December 29, 2011

                                                            s/ Joan N. Ericksen
                                                            JOAN N. ERICKSEN
                                                             United States District Judge